UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO BATTIES,

    Petitioner,                         Case No. 4:18-cv-10457
                                                   Honorable Linda V. Parker

v.

KEVIN LINDSEY,

    Respondent.
_____/

# JUDGMENT

In this habeas case filed under 28 U.S.C. § 2254, Petitioner challenges his Wayne County Circuit Court conviction, following a guilty plea, to manslaughter in violation of Michigan Compiled Laws § 750.321. In an Opinion and Order entered on this date, the Court concluded that Petitioner is not entitled to habeas relief and declined to issue him a certificate of appealability.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's application for the writ of habeas corpus under 28 U.S.C. § 2254 is **DISMISSED**

**WITH PREJUDICE**.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 26, 2019